# EXHIBIT A

**HOME ATTENDANT VENDOR AGENCY, INC.**
OPERATING ACCOUNT
3036B NOSTRAND AVENUE
BROOKLYN, NY 11229

TD Bank
America's Most Convenient Bank

16838

1-1367/260

1/3/2020

PAY TO THE ORDER OF  BHRAGS HOME CARE     $ **10,000.00

Ten Thousand and 00/100************************************************************************************  DOLLARS

AUTHORIZED SIGNATURES

MEMO  FOR PARITAL PAYMENT

⑈016838⑈ ⑆026013673⑆   29⑈

Account:      ⁀1429
Amount:   10,000.00
PostDate:  20200103
Tran_ID:         98546
CheckNum:  16838
DIN:            ⁀526
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:       526
ECEItemSeqNum:         591786

CAPITAL ONE, NA

RICHMOND, VA 061 23
Deposit           424

FOR DEPOSIT ONLY
BHRAGS HOME CARE CORP

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT   DATE

Account:              29
Amount:  10,000.00
PostDate:           '03
Tran_ID:             546
CheckNum:  16838
DIN:  700799526
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:      9526
ECEItemSeqNum:          786